AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Jennifer Creech Rice,<br>*Plaintiff*<br>v.<br>Commissioner of Social Security Administration<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.    9:23-cv-01469-JDA

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____ .

■ other:  Decision of the Commissioner is Affirmed.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Jacquelyn D. Austin, United States District Judge.


Date:    August 12, 2024                    *CLERK OF COURT*


                                            S/ Trudy Alston-Simmons

                                    _____
                                        *Signature of Clerk or Deputy Clerk*